UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:22-cv-61613-RS

CERTAIN UNDERWRITERS SUBSCRIBING TO POLICY NUMBERS OMH-3484819, OBR 10014587201, B5JH85661, VCF2002512, and AT4769A20MZA *as subrogee of* NORTHLINE SEAFOODS LLC,

    Plaintiffs,

vs.

BLUE OCEAN TACKLE, INC., a dissolved Florida profit corporation; BLUE OCEAN MARINE EQUIPMENT, LLC, a Florida limited liability company, as successor-in-interest; VERONICA C. BARRETT, individually; and STEPHANIE C. GUTIERREZ, individually,

    Defendants.
_____/

## NOTICE OF SETTLEMENT

Plaintiffs, CERTAIN UNDERWRITERS SUBSCRIBING TO POLICY NUMBERS OMH-3484819, OBR 10014587201, B5JH85661, VCF2002512, and AT4769A20MZA *as subrogee of* NORTHLINE SEAFOODS LLC, by and through undersigned counsel and pursuant to the Federal Rules of Civil Procedure, hereby notify the Court and all interested parties that Plaintiffs and Defendants, BLUE OCEAN MARINE EQUIPMENT, LLC, VERONICA C. BARRETT, and STEPHANIE C. GUTIERREZ, have reached a settlement in this matter.

    Respectfully submitted,
    MCLEOD BROCK LAW, PLLC

    _____
    **LINDSEY C. BROCK III, ESQ.**

Certain Underwriters v. Blue Ocean Tackle, Inc., et al.
Case No.: 0:22-cv-61613-RS
Notice of Settlement

Fla. Bar #971669
Primary E-Mail: lindsey@mcleodbrock.com
Secondary E-Mail: jennifer@mcleodbrock.com
9995 Gate Parkway North, Ste. 400
Jacksonville, Florida 32246
(904) 996-1100 Office Telephone
(904) 996-1120 Facsimile
**Attorneys for Plaintiffs, CERTAIN UNDERWRITERS SUBSCRIBING TO POLICY NUMBERS OMH-3484819, OBR 10014587201, B5JH85661, VCF2002512, and AT4769A20MZA,** *as subrogee of* **NORTHLINE SEAFOODS LLC**

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 25th day of July 2023, to the attached Service List via transmission of Notices of Electronic Filing generated by CM/ECF.

Respectfully submitted,
MCLEOD BROCK LAW, PLLC

_____
**LINDSEY C. BROCK III, ESQ.**
Fla. Bar #971669
Primary E-Mail: lindsey@mcleodbrock.com
Secondary E-Mail: jennifer@mcleodbrock.com
9995 Gate Parkway North, Ste. 400
Jacksonville, Florida 32246
(904) 996-1100 Office Telephone
(904) 996-1120 Facsimile
**Attorneys for Plaintiffs, CERTAIN UNDERWRITERS SUBSCRIBING TO POLICY NUMBERS OMH-3484819, OBR 10014587201, B5JH85661, VCF2002512, and AT4769A20MZA,** *as subrogee of* **NORTHLINE SEAFOODS LLC**

### SERVICE LIST
### 0:22-cv-61613-RS

Lindsey C. Brock III, Esq.
McLeod Brock Law, PLLC
Primary E-Mail: lindsey@mcleodbrock.com

Certain Underwriters v. Blue Ocean Tackle, Inc., et al.<br>
Case No.: 0:22-cv-61613-RS<br>
Notice of Settlement

Secondary E-Mail: jennifer@mcleodbrock.com
9995 Gate Parkway North, Ste. 400
Jacksonville, Florida 32246
(904) 996-1100 Office Telephone
(904) 996-1120 Facsimile
**Attorneys for Plaintiffs, CERTAIN UNDERWRITERS SUBSCRIBING TO POLICY NUMBERS OMH-3484819, OBR 10014587201, B5JH85661, VCF2002512, and AT4769A20MZA,** *as subrogee of* **NORTHLINE SEAFOODS LLC**

Cory B. Kravit, Esq.
Kravit Law, P.A.
corykravit@kravitlaw.net
2101 NW Corporate Blvd., Ste. 410
Boca Raton, FL 33431
561-922-8536
561-447-8190 Fax
**Attorney for Defendants, BLUE OCEAN MARINE EQUIPMENT, LLC, VERONICA C. BARRETT, and STEPHANIE C. GUTIERREZ**