UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-61613-CIV-SMITH

CERTAIN UNDERWRITERS SUBSCRIBING
TO POLICY NUMBERS OMH-3484819, OBR
10014587201, B5JH85661, VCF2002512, and
AT4769A20MZA as subrogee of NORTHLINE
SEAFOODS LLC,

      Plaintiff,
vs.

BLUE OCEAN TACKLE, INC., *et al.*,

      Defendants.
_____/

**NOTICE OF COURT PRACTICE ON NOTICE OF SETTLEMENT**

This matter is before the Court on Plaintiff's Notice of Settlement [DE 45], indicating that this matter has been settled. Accordingly, it is

**ORDERED** that:

1. The parties shall file their Stipulation of Dismissal in accordance with Federal Rule of Civil Procedure 41 on or before **August 25, 2023.** Failure to do so may result in final dismissal of this matter without further notice.

2. All pending motions not otherwise ruled upon are **DENIED AS MOOT**.

3. This case is **CLOSED**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 25th day of July, 2023.

                                           RODNEY SMITH
                                           UNITED STATES DISTRICT JUDGE

cc:    counsel of record